EMMA A. DE VINNEY, Appellant, *v.* HANNAH M. COREY et al., Respondents.

(Submitted April 15, 1891; decided June 2, 1891.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made March 26, 1889, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granted a new trial.

*Johnson & Charles* for appellant.

*M. E. & E. M. Bartlett* for respondents.

Agree to affirm and for judgment absolute for defendants; no opinion.

All concur.

Order affirmed and judgment accordingly.